# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132208

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GARY EUGENE DOUGLAS,
        Defendant-Appellant.

SC: 132208
COA: 272189
Calhoun CC: 2005-000847-FH

_____/

On order of the Court, the application for leave to appeal the August 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

p1120